Robert S. Besser, State Bar No. 46541
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
TEL: (310) 394-6611
FAX: (310) 394-6613

Attorneys for Plaintiff
U. S. LINES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| U.S. LINES, LLC, | Case No. CV11- 791 CJC(RNBx) |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT FOR MONEY DUE ON OPEN BOOK ACCOUNT (MARINE) |
| TITAN INTERNATIONAL LOGISTICS, LLC, | |
| Defendant. | |

Plaintiff, U.S. Lines, LLC (hereafter Plaintiff), for its complaint against Defendant Titan International Logistics, LLC (hereafter Defendant) alleges as follows:

PARTIES

1.  Plaintiff is a limited liability company organized and existing under the laws of the State of California, with its principal place of business located at 3601 South Harbor Boulevard, Suite 200, Santa Ana, California 92704.  Plaintiff is a common carrier by water in the foreign commerce of the United States.

2.  Defendant is a limited liability company organized and existing under the laws of the State of California, with its principal place of business located at 16905 Cherie Place, Carson, California 90746.

COMPLAINT FOR MONEY DUE ON OPEN BOOK ACCOUNT (MARINE)



## JURISDICTION AND VENUE

3. Subject matter jurisdiction is invoked pursuant to the provisions of Fed.R.Civ.Pro., §1333 and §1331. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Fed.R.Civ.Pro.

4. Venue is proper in this district pursuant to 28 U.S.C. §1392(b)(3) because the defendant resides in this district.

## CLAIM FOR RELIEF

5. From on or about August 23, 2010, to the present, Defendant, as shipper, had certain goods delivered to Plaintiff in inter-modal cargo containers for the purpose of having the goods carried on Plaintiff's vessels to the ports of destination, there to be delivered to the consignee and/or their agents in consideration of payment by Defendant to Plaintiff of ocean freight and related charges calculated pursuant to Plaintiff's tariff.

6. The goods have been carried by plaintiff and delivered to their destinations.

7. Plaintiff has invoiced Defendant a total of $249,676.03 (Two Hundred Forty Nine Thousand, Six Hundred Seventy-Six U.S. Dollars and Three Cents) for the ocean freight and related charges due. Attached hereto as Exhibit "A" is the Statement of Account sent to Defendant showing invoices, dates and amounts due.

8. Plaintiff has performed all acts required to be performed by Plaintiff.

9. Defendant has failed and refused and continues to fail and refuse to remit payment of $249,676.03, although duly demanded by Plaintiff.

10. By reason of the foregoing, plaintiff has sustained damages in the amount of $249,676.03 which, although duly demanded, have not been paid.

WHEREFORE, Plaintiff prays for relief as follows:

1. That Plaintiff be awarded judgment in its favor in the principal amount of $249,767.03;

2. That Plaintiff be awarded pre-judgment interest at the legal rate;

COMPLAINT FOR MONEY DUE ON OPEN BOOK ACCOUNT (MARINE)

Case 8:11-cv-00791-CJC -RNB   Document 1   Filed 05/24/11   Page 4 of 11   Page ID #:4

3. For such other and further relief as the Court may deem just and proper.

Dated: May 24, 2011

           LAW OFFICES OF ROBERT S. BESSER

           By: /s/ RSB
              ROBERT S. BESSER
           Attorneys for Plaintiff
           U.S. Lines, LLC

COMPLAINT FOR MONEY DUE ON OPEN BOOK ACCOUNT (MARINE)

# EXHIBIT "A"

| Customer Name | Original Inv. # | Type | Due Date | Original | Adjusted | Balance Due |
|---|---|---|---|---|---|---|
| TITAN INTERNATIONAL | BLAE0014356 | AL-FRE-EXP-B | 8/23/2010 | 3,331.00 | | 3,331.00 |
| TITAN INTERNATIONAL | BLAE0014400 | AL-FRE-EXP-B | 8/23/2010 | 3,331.00 | | 3,331.00 |
| TITAN INTERNATIONAL | BLAE0014453 | AL-FRE-EXP-B | 8/23/2010 | 3,331.00 | | 3,331.00 |
| TITAN INTERNATIONAL | BLAE0014658 | AL-FRE-EXP-B | 8/23/2010 | 3,331.00 | | 3,331.00 |
| TITAN INTERNATIONAL | BLAE0014851 | AL-FRE-EXP-B | 8/23/2010 | 3,331.00 | | 3,331.00 |
| TITAN INTERNATIONAL | BLAE0015222 | AL-FRE-EXP-B | 8/23/2010 | 5,542.00 | | 5,542.00 |
| TITAN INTERNATIONAL | BLAE0015224 | AL-FRE-EXP-B | 8/23/2010 | 5,542.00 | | 5,542.00 |
| TITAN INTERNATIONAL | BLAE0015246 | AL-FRE-EXP-B | 8/23/2010 | 5,542.00 | | 5,542.00 |
| TITAN INTERNATIONAL | BLAE0015248 | AL-FRE-EXP-B | 8/23/2010 | 6,342.00 | | 6,342.00 |
| TITAN INTERNATIONAL | BLAE0015368 | AL-FRE-EXP-B | 8/23/2010 | 2,960.00 | (832.00) | 2,128.00 |
| TITAN INTERNATIONAL | BLAE0015484 | AL-FRE-EXP-B | 8/23/2010 | 5,542.00 | | 5,542.00 |
| TITAN INTERNATIONAL | BLAE0015563 | AL-FRE-EXP-B | 8/23/2010 | 5,542.00 | | 5,542.00 |
| TITAN INTERNATIONAL | BLAE0015683 | AL-FRE-EXP-B | 8/23/2010 | 5,542.00 | | 5,542.00 |
| TITAN INTERNATIONAL | BLAE0015703 | AL-FRE-EXP-B | 8/23/2010 | 5,542.00 | | 5,542.00 |
| TITAN INTERNATIONAL | BLAE0015705 | AL-FRE-EXP-B | 8/23/2010 | 6,342.00 | | 6,342.00 |
| TITAN INTERNATIONAL | BLAE0031265 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0031320 | AL-FRE-EXP-B | 4/21/2011 | 5,300.00 | | 5,300.00 |
| TITAN INTERNATIONAL | BLAE0031432 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0031797 | AL-FRE-EXP-B | 4/21/2011 | 5,485.83 | | 5,485.83 |
| TITAN INTERNATIONAL | BLAE0032247 | AL-FRE-EXP-B | 4/21/2011 | 4,574.00 | | 4,574.00 |
| TITAN INTERNATIONAL | BLAE0033068 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0033100 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0033354 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0033623 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0033850 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034232 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034297 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034304 | AL-FRE-EXP-B | 4/21/2011 | 217.09 | | 217.09 |
| TITAN INTERNATIONAL | BLAE0034310 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034322 | AL-FRE-EXP-B | 4/21/2011 | 5,490.11 | | 5,490.11 |
| TITAN INTERNATIONAL | BLAE0034356 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034377 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034497 | AL-FRE-EXP-B | 4/21/2011 | 74.00 | | 74.00 |
| TITAN INTERNATIONAL | BLAE0034682 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034758 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0034930 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035045 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036049 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036051 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035053 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035057 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035059 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035128 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035338 | AL-FRE-EXP-B | 4/21/2011 | 5,140.00 | | 5,140.00 |
| TITAN INTERNATIONAL | BLAE0035432 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035550 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035647 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035775 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0035777 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036061 | AL-FRE-EXP-B | 4/21/2011 | 4,614.00 | | 4,614.00 |
| TITAN INTERNATIONAL | BLAE0036170 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036172 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036176 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036179 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036181 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036185 | AL-FRE-EXP-B | 4/21/2011 | 4,500.00 | | 4,500.00 |
| TITAN INTERNATIONAL | BLAE0036457 | AL-FRE-EXP-B | 4/21/2011 | 40.00 | | 40.00 |
| | | | | 250,508.03 | (832.00) | 249,676.03 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV11-791 CJC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Robert S. Besser, SBN 046541
Law Offices of Robert S. Besser
1221 Second Street, Third Floor
Santa Monica, CA 90401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U. S. LINES, LLC,<br><br>v.<br><br>TITAN INTERNATIONAL LOGISTICS, LLC.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV11- 791 CJC(RNBx)<br><br>SUMMONS |

TO: DEFENDANT(S): TITAN INTERNATIONAL LOGISTICS, LLC

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Robert S. Besser_____, whose address is _1221 Second Street, Third Floor, Santa Monica, CA 90401 (310) 394-6611____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 24__        By: __SUSANA P. BUSTAMANTE__
                              Deputy Clerk
                              (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)          SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
U.S. LINES, LLC,

**DEFENDANTS**
TITAN INTERNATIONAL LOGISTICS, LLC

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street, Third Floor
Santa Monica, CA 90401 (310) 394-6611

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑1 | ☑1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT:** $249,676.03

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Open Book Account--Maritime

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☑ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV11- 791**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

ORIGINAL

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ **Date** May 24, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |