Robert S. Besser  (SBN 46541)
Christopher Chapin (SBN 112608)
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street, Third Floor
Santa Monica, California 90401
Tel:    (310) 394-6611
Fax:    (310) 394-6613
RSBesser@aol.com

Attorneys for Plaintiff
U. S. LINES, LLC

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| U. S. LINES, LLC | Case No. SACV11-791 (CJL)(RNBx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION |
| vs. | |
| TITAN INTERNATIONAL LOGISTICS, | |
| Defendants. | |

The Court having read and considered the Stipulation of Settlement and having found good cause for granting relief therein;

Now then, IT IS ORDERED ADJUDGED AND DECREED that this action is dismissed without prejudice and this court retains jurisdiction to enforce the terms of the settlement set forth in the Stipulation of Settlement.

DATED: July 5, 2011

_____
Judge of the United States
District Court

-1-
_____
[~~PROPOSED~~] ORDER