Robert S. Besser, State Bar No. 46541
Christopher Chapin State Bar No. 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street   Suite 300
Santa Monica, California 90401
TEL: (310) 394-6611
FAX: (310) 394-6613

Attorneys for Plaintiff
U. S. LINES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

U.S. LINES, LLC,

        Plaintiff,

vs.

TITAN INTERNATIONAL LOGISTICS, LLC,

        Defendant.
_____/

Case No.  SACV11-791 CJC (RNBx)

[~~PROPOSED~~] JUDGMENT

    Upon review of the *ex parte* application of Plaintiff U.S. Lines, LLC to enter judgment upon the Stipulation and Order for Settlement, and GOOD CAUSE APPEARING THEREFOR:

    IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff shall take judgment against Defendant in the principal amount of $218,982.37 (Two Hundred Eighteen Thousand, Nine Hundred Eighty-Two Dollars and Thirty Seven Cents).

Dated: July 25, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

_____
[~~PROPOSED~~] JUDGMENT